## Commonwealth *v.* McMullin, Appellant.

Submitted December 13, 1965. *William McMullin,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.